Georgia.

## IN THE MATTER OF RICHARD E. COLLAR, JR.
### (SUPREME COURT DISCIPLINARY No. 880)
(407 SE2d 747)

PER CURIAM.

Acting pursuant to State Bar Rule 4-106, respondent Richard E. Collar filed with the State Bar of Georgia a petition for voluntary surrender of his license to practice law. A special master was appointed and determined that respondent had been convicted in Gwinnett County Superior Court of the offense of child molestation, a felony. Respondent admitted and the special master found that the conviction was a violation of Standard 66 of Bar Rule 4-102 (d). The special master recommended that respondent's petition for voluntary surrender of his license be approved.

The petition for voluntary surrender is granted.

*All the Justices concur.*

DECIDED SEPTEMBER 5, 1991.

*William P. Smith III, General Counsel State Bar, E. Duane Cooper, Assistant General Counsel State Bar,* for State Bar of Georgia.

*Michael C. Clark,* for Collar.